FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000644
17-MAY-2013
12:20 PM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---o0o---

CAAP-11-0000644

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
DENNIS HERN, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1DTA-11-00302)

CAAP-12-0000528

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
JOSEPH B. A. LEDBETTER, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1DTA-11-03926)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Opinion, filed on March 27, 2013, is hereby corrected as follows:

1.    On page 7, in the second line, the word "a" that precedes "State's" at the beginning of the line should be replaced with the word "the" so that as corrected, the text reads: "the State's appeal . . . ."

_____

[1]Nakamura, Chief Judge, and Foley and Fujise, JJ.

2.    On page 9, in the sixteenth line, the symbol "§" should be inserted between "U.S.C." and "3162(a)(2)" so that as corrected, the text reads: "under 18 U.S.C. § 3162(a)(2) . . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 17, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge